IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ANDY PIERRE,
Reg. #53561-004                                                                          PETITIONER

v.                              No. 2:14-cv-15-DPM-BD

ANTHONY HAYNES, Warden,
FCI - Forrest City                                                                       RESPONDENT

ORDER

Opposed recommendation, № 9, adopted. FED. R. CIV. P. 72(b)(3). The Court received Pierre's consent to a Magistrate Judge's jurisdiction after the recommendation had been filed; the Court therefore handled this case in the normal course. Pierre's petition for a writ of habeas corpus is dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

30 June 2014