IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ANDY PIERRE,
Reg. #53561-004                                                    PETITIONER

v.                      No. 2:14-cv-15-DPM

ANTHONY HAYNES, Warden,
FCI - Forrest City                                                 RESPONDENT

JUDGMENT

Pierre's petition for a writ of habeas corpus is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

30 June 2014